UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: WESSLEY, KENT M. § Case No. 10-71884
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 02/28/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 01/05/2011         By: /s/MEGAN G. HEEG
                                  Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: WESSLEY, KENT M.  § Case No. 10-71884
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,600.20 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,600.20 |
| **Balance on hand:** | $ 7,600.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,600.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,510.02 | 0.00 | 1,510.02 |
| Trustee, Expenses - MEGAN G. HEEG | 45.00 | 0.00 | 45.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 1,050.00 | 0.00 | 1,050.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 43.75 | 0.00 | 43.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,648.77 |
| Remaining balance: | $ 4,951.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,951.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,951.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,151.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Michling Hofmann Vinton Plaza Wick | 10,580.00 | 0.00 | 2,599.59 |
| 2 | Dell Financial Services L.L.C. | 1,547.04 | 0.00 | 380.12 |
| 3 | Nicor Gas | 574.99 | 0.00 | 141.28 |
| 4 | CitiFinancial, Inc | 7,449.69 | 0.00 | 1,830.44 |

Total to be paid for timely general unsecured claims: $ 4,951.43
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2            Date Rcvd: Jan 13, 2011
Case: 10-71884                Form ID: pdf006            Total Noticed: 33
```

The following entities were noticed by first class mail on Jan 15, 2011.
```
db         +Kent M. Wessley,   74 Pine Court,   Crystal Lake, IL 60014-4236
aty         James P Mullally,   Franks Gerkin & McKenna PC,   19333 E Grant,   POB 5,
             Marengo, IL 60152-0005
15420447   +Arnold Scott Harris, (Original Cred,   600 W Jackson Blvd,   Chicago, IL 60661-5636
15420448   +Bac Home Loans Services,   450 American St,   Simi Valley, CA 93065-6285
15420449   +Centegra,   PO Box 1990,   Woodstock, IL 60098-1990
15420450   +Chase,   Bank One Card Serv 800 Brooksedge Blv,   Westerville, OH 43081-2822
15420451   +Chris Burseth DDS,   22 West Crystal Lake Ave.,   Crystal Lake, IL 60014-6104
16033409    CitiFinancial, Inc,   P.O. Box 140489,   Irving, TX 75014-0489
15420452   +Citifinancial,   PO Box 6931,   The Lakes, NV 88901-6931
15420453   +Collection Company of America,   700 Longwater Drive,   Suite 200,   Norwell, MA 02061-1796
15904979    Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
             Greenville, SC 29603-0390
15420457   +Greater Elgin Emergency Specialists,   PO Box 5940,   Dept 20-1105,   Carol Stream, IL 60197-5940
15420459  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
           (address filed with court: Hsbc Bank,    Po Box 52530,   Carol Stream, IL 60196)
15420458   +Harris Bank,   3800 Golf Road,   Suite 300,   Rolling Meadows, IL 60008-4005
15420460   +Hsbc/Mnrds,   90 Christiana Road,   New Castle, DE 19720-3118
15420461   +Matt and Lisa Santis,   1025 Shadowwood Lane,   Crystal Lake, IL 60014-8386
15420462    McHenry County Radiologists Imaging,   P.O. Box 220,   McHenry, IL 60051-0220
15420463   +McHenry County Treasurer,   667 Ware Road,   Room 100,   Woodstock, IL 60098-8303
15420464   +Medical Business Bureau,   1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
15420465   +Michling Hofmann Vinton Plaza Wick,   101 N. Throop Street,   Woodstock, IL 60098-3248
15420468   +Northwest Suburban Imaging,   34659 Eagle Way,   Chicago, IL 60678-1346
15420470   +Sears/Citi,   8725 W. Sahara Ave,   The Lakes, NV 89163-0001
15420471    Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
15420472    T Mobile,   P.O. Box 37380,   Albuquerque, NM 87176-7380
15420473   +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
15420474   +Webbank/Dfs,   12234 N Ih 35 Sb Bldg B,   Austin, TX 78753-1705
```

The following entities were noticed by electronic transmission on Jan 13, 2011.
```
tr         +E-mail/Text: KATHY@EGBBL.COM                            Megan G Heeg,
             Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
15420454    E-mail/Text: legalcollections@comed.com                           ComEd,   Box 6111,
             Carol Stream, IL 60197-6111
15420455   +E-mail/Text: Bgregoire@creditorscollection.com                           Creditors Collection B,
             755 Almar Pkwy,   Bourbonnais, IL 60914-2392
15420456    E-mail/Text: Bgregoire@creditorscollection.com
             Creditors Collection Bureau,   PO Box 63,   Kankakee, IL 60901-0063
15982218   +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   PO Box 549,
             Aurora IL 60507-0549
15420467    E-mail/Text: bankrup@nicor.com                           Nicor Gas,   PO Box 0632,
             Aurora, IL 60507-0632
15420466   +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
                                                                                             TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,
             Dixon, IL 61021-0447
15420469  ##+Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez             Page 2 of 2              Date Rcvd: Jan 13, 2011
Case: 10-71884                Form ID: pdf006           Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2011**  **Signature:** *Joseph Speetjens*